Chad E. Kastle, P86598
Salinas Valley State Prison
31625 Highway 101, POB 1050
Soledad, CA 93960-1050

In Pro Per,

**Filed**
APR 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHAD EDWARD KASTLE                )
                                  )   C 08 02196    JF
             Plaintiff,           )   CASE NO. _____
                                  )
     vs.                          )   PRISONER'S
                                  )   APPLICATION TO PROCEED
MICHAEL S. EVANS (WARDEN)         )   IN FORMA PAUPERIS
                                  )
             Defendant.           )
_____)

I, Chad E. Kastle, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _x_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: California Department of Corrections
31625 HWY 101, Soledad, CA 93960-1050

Gross: $ 0.00                              Net: $0.00

Employer: Salinas Valley State Prison, Soledad, CA 93960-1050

APP. TO PROC. IN FORMA PAUPERIS, Case No. _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  N/A
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or                          Yes ___ No _x_
10           self employment

11      b.   Income from stocks, bonds,                       Yes ___ No _x_
12           or royalties?

13      c.   Rent payments?                                   Yes ___ No _x_

14      d.   Pensions, annuities, or                          Yes ___ No _x_
15           life insurance payments?

16      e.   Federal or State welfare payments,               Yes ___ No _x_
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                                     Yes ___ No _x_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_No persons are depant upon me_

5. Do you own or are you buying a home?   Yes ____ No _x_
Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No _x_
Make _____ Year _____ Model _____
Is it financed? Yes ____ No ____ If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No _x_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _____
Do you own any cash? Yes ____ No ____ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

8. What are your monthly expenses?   Incarcerated $0.00
Rent: $ _____ Utilities: _____
Food: $ _____ Clothing: _____
Charge Accounts: NONE

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

APP TO PROC IN FORMA PAUPERIS, Case No. _____ - 3 -

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do <u>not</u> include account numbers.)
3 $ 50,000.00 to California Victims Restitution fund  Per Superior Ct.
4 of Ventura County No. CR45410, 5-26-2000

5 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?  Yes __x__ No ____
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 KASTLE vs. SCHWARZENEGGER, Case No. CV-08-000646-JF (PR), U.S. District
10 Court, N. Distict of CA., §1983 Action filed 01-28-2008
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 4-15-08                              [signature]
17    DATE                              SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **P86598 Kastle, Chad** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020       [prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **5.27** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **5.27**.

Dated: **4/21/08**              _L. Macias_
                                [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                          REPORT DATE: 04/21/08
                                                                PAGE NO:        1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 01, 2007 THRU APR. 21, 2008

ACCOUNT NUMBER : P86598                    BED/CELL NUMBER: FBB5T1000000102U
ACCOUNT NAME   : KASTLE, CHAD EDWARD       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                               TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION    COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-------  ----  -----------    -------      ---------   --------   -----------   -------

10/01/2007      BEGINNING BALANCE                                                  0.00

10/04*VD54 INMATE PAYROL   0976 P9/07                    7.99                     7.99
10/04 W515 COPY CHARGE     0991 MCOPY                                3.74         4.25
10/18 W512 LEGAL POSTAGE   1108 ENVEL                                1.35         2.90
10/24 W512 LEGAL POSTAGE   1162 LPOST                                2.16         0.74
11/01 W512 LEGAL POSTAGE   1220 LPOST                                0.74         0.00
11/06*VD54 INMATE PAYROL   1256P10/07                    8.38                     8.38
11/07 W512 LEGAL POSTAGE   1289 LPOST                                0.41         7.97
11/07 W512 LEGAL POSTAGE   1289 LPOST                                0.58         7.39
11/07 W512 LEGAL POSTAGE   1289 LPOST                                0.41         6.98
11/08 W516 LEGAL COPY CH   1296 LCOPY                                0.80         6.18
11/14 W512 LEGAL POSTAGE   1343 ENVEL                                1.35         4.83
11/20 W512 LEGAL POSTAGE   1411 ENVEL                                1.60         3.23
11/20 W516 LEGAL COPY CH   1411 LCOPY                                3.23         0.00
12/06*VD54 INMATE PAYROL   1492P11/07                    4.57                     4.57
12/13 W516 LEGAL COPY CH   1568 LCOPY                                4.57         0.00
      ACTIVITY FOR 2008
01/07*VD54 INMATE PAYROL   1736P12/07                    7.99                     7.99
01/07 W512 LEGAL POSTAGE   1745 LPOST                                4.08         3.91
01/07 W512 LEGAL POSTAGE   1746 ENVEL                                1.10         2.81
01/09 W516 LEGAL COPY CH   1781 LCOPY                                2.40         0.41
01/17*W502 POSTAGE CHARG   1868 POST                                 0.41         0.00
02/06*VD54 INMATE PAYROL   2038 P1/08                    2.67                     2.67
02/07 W536 COPAY CHARGE    2056DCOPAY                                2.67         0.00


                              CURRENT HOLDS IN EFFECT
  DATE       HOLD
 PLACED      CODE         DESCRIPTION              COMMENT          HOLD AMOUNT
---------    ----   -----------------------    ----------------     -----------
04/01/2008   H109   LEGAL POSTAGE HOLD         2515 ENVEL                  1.30
04/01/2008   H118   LEGAL COPIES HOLD          2514 LCOPY                 10.50
04/01/2008   H118   LEGAL COPIES HOLD          2514 LCOPY                  3.00
04/01/2008   H109   LEGAL POSTAGE HOLD         2523 LPOST                  0.41
04/01/2008   H109   LEGAL POSTAGE HOLD         2523 LPOST                  0.41
04/01/2008   H109   LEGAL POSTAGE HOLD         2523 LPOST                  0.41
04/01/2008   H109   LEGAL POSTAGE HOLD         2523 LPOST                  1.65
04/01/2008   H109   LEGAL POSTAGE HOLD         2523 LPOST                  0.41
04/01/2008   H109   LEGAL POSTAGE HOLD         2523 LPOST                  0.41
04/01/2008   H109   LEGAL POSTAGE HOLD         2523 LPOST                  0.41
04/01/2008   H109   LEGAL POSTAGE HOLD         2523 LPOST                  1.31
04/08/2008   H118   LEGAL COPIES HOLD          2590 LCOPY                  0.20
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 04/21/08
                                                           PAGE NO:           2
                          SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 01, 2007 THRU APR. 21, 2008

ACCT:  P86598       ACCT NAME: KASTLE, CHAD EDWARD            ACCT TYPE: I
```

### CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/08/2008 | H109 | LEGAL POSTAGE HOLD | 2590 ENVEL | 0.60 |
| 04/10/2008 | H109 | LEGAL POSTAGE HOLD | 2607 LPOST | 1.48 |
| 04/14/2008 | H109 | LEGAL POSTAGE HOLD | 2615 LPOST | 2.84 |
| 04/14/2008 | H109 | LEGAL POSTAGE HOLD | 2615 ENVEL | 0.80 |
| 04/14/2008 | H118 | LEGAL COPIES HOLD | 2615 LCOPY | 1.80 |
| 04/14/2008 | H118 | LEGAL COPIES HOLD | 2615 LCOPY | 17.00 |
| 04/17/2008 | H109 | LEGAL POSTAGE HOLD | 2680 LPOST | 2.84 |

### * RESTITUTION ACCOUNT ACTIVITY

```
DATE SENTENCED: 06/26/00                      CASE NUMBER: *CR45410
COUNTY CODE:  *VEN                            FINE AMOUNT:  $    52,372.00
```

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | 51,668.86 |
| 10/04/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 8.87- | 51,659.99 |
| 11/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 9.29- | 51,650.70 |
| 12/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 5.07- | 51,645.63 |
| 01/07/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 8.87- | 51,636.76 |
| 02/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 2.95- | 51,633.81 |

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 31.60 | 31.60 | 0.00 | 48.19 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4/21/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Macias  SVSP
TRUST OFFICE

CURRENT AVAILABLE BALANCE

48.19-