NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHAD EDWARD KASTLE, | ) | No. C 08-02196 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL S. EVANS, Warden, | ) | |
| Respondent. | ) | |

For the reasons stated on the order of dismissal, the petition for a writ of habeas corpus is DISMISSED. Judgment is entered accordingly.

The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/18/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\HC.08\Kastle2196_judgment.wpd         1