— ORIGINAL —

Chad Edward Kastle
Salinas Valley State Prison
CDCR # P-86598
31625 Highway 101, POB 1050
Soledad CA 93960-1050

Petitioner In Pro Per,
FILED
2008 JUL 29 P 3: 05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EDWARD KASTLE<br>　　　　Petitioner,<br><br>vs.<br><br>MICHAEL S. EVANS, Warden,<br>　　　　Respondent. | 5:08-cv-02196-JF<br><br>NOTICE OF APPEAL<br><br>FRAP §4 & 22(b)<br>Circuit Rule §22-1(d) |

Notice is hereby given that Petitioner KASTLE hereby appeals to the United States Court of Appeals for the Ninth Circuit of California, for the Order of July 18, 2008 whereby the Hon. Jeremy Fogel, USDJ dismissed the Habeas Petition without prejudice.

DATED: 7-28-2008

Respectfully Submitted,

/s/ Chad E. Kastle
Chad E. Kastle, #P-86598
Petitioner, In Pro Per.

NOTICE OF APPEAL

STATE OF CALIFORNIA                                COUNTY OF MONTEREY

I, **Chad E. Kastle**, declare under penalty of perjury that: I am the **Petitioner** in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **28** day of **July**, 20**08**, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) _____
DECLARANT/PRISONER

---

## PROOF OF SERVICE BY MAIL

I, **Chad Kastle**, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On **July 28**, 20**08**, I served the foregoing: **Notice of Appeal**

_____
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050.

**Edmund G. Brown, Jr.**
**California District Attorney's Office**
**280 S. First St**
**San Jose, CA 95113**
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **July 28**, 20**08**

_____
DECLARANT/PRISONER

Salinas Valley State Prison
Chad E. Kastle P86598
P.O.Box 1050 (B5-102)
Soledad CA 93960-1050

* LEGAL MAIL *

STATE PRISON

US District Court
Northern Dist. of Calif.
280 S. First Street
San Jose, CA 95113

USPS $00.42° JUL 28 2008
MAILED FROM ZIPCODE 93960