NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHAD EDWARD KASTLE, | ) | No. C 08-02196 JF (PR) |
| Petitioner, | ) ) | ORDER DENYING REQUEST FOR CERTIFICATE OF |
| vs. | ) ) | APPEALABILITY |
| MICHAEL S. EVANS, Warden, | ) ) | |
| Respondent. | ) ) | |

On July 18, 2008, the Court dismissed this pro se petition for writ of habeas corpus on the merits and entered judgment. On July 28, 2008, Petitioner signed his notice of appeal, which was filed with the Court on July 29, 2008.  (Docket No. 5.)  The Court construes Petitioner's notice of appeal as a request for a certificate of appealability. Petitioner is not required to make a formal request for a certificate of appealability; the timely notice of an appeal or other similar filing can be construed as a request for a certificate of appealability.  See Fed. R. App. P. 22(b).

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal).  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing

1  of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The certificate must
2  indicate which issues satisfy this standard.  See id. § 2253(c)(3).
3       "Where a district court has rejected the constitutional claims on the merits, the
4  showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate
5  that reasonable jurists would find the district court's assessment of the constitutional
6  claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  The Court
7  denied the instant habeas petition after careful consideration of the merits.  The Court
8  found no violation of Petitioner's federal constitutional rights in the underlying state court
9  proceedings.  Petitioner has failed to demonstrate that jurists of reason would find it
10 debatable whether this Court was correct in its ruling.  Accordingly, Petitioner's request
11 for a certificate of appealability is DENIED.
12      The clerk shall forward to the court of appeals the case file with this order.  See
13 Fed. R. App. P. 22(b).
14      IT IS SO ORDERED.
15 DATED:  11/5/08
16                                             JEREMY FOGEL
                                               United States District Judge